

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 10-1-13

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT - 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DARNELL DIGGS aka DAVID ALLEN,

        Plaintiff,

        vs.

L.A. COUNTY JAIL, et al.,

        Defendants.

    ) Case No. CV 12-6244-JST (RNB)
    )
    )
    ) ORDER ACCEPTING FINDINGS AND
    ) RECOMMENDATION OF UNITED
    ) STATES MAGISTRATE JUDGE
    )
    )
    )
    )
    )

On July 19, 2013, the assigned Magistrate Judge issued a Report and Recommendation herein recommending that Judgment be entered dismissing this action without prejudice. Although a copy of the Report and Recommendation and a copy of the Notice of Filing of Magistrate Judge's Report and Recommendation were separately mailed to plaintiff at his address of record on the same day, both copies were then returned undelivered with the box for "Unable to Identify as Addressed" and the box for "Discharged" checked off respectively.

Under Central District of California Local Rule 41-5, it was incumbent on plaintiff to keep the Court apprised of his current address. The rule further provides that, "[i]f mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the

1

1  service date, such plaintiff fails to notify, in writing, the Court and opposing parties
2  of said plaintiff's current address, the Court may dismiss the action with or without
3  prejudice for want of prosecution."

4  Here, more than fifteen (15) days have elapsed since the service of the Report
5  and Recommendation, and no notice of change of address has been filed by plaintiff.
6  Moreover, based on its review pursuant to 28 U.S.C. § 636 of all the records and files
7  herein, including the Report and Recommendation, the Court concurs with and
8  accepts the Magistrate Judge's findings and recommendation.

9  IT THEREFORE IS ORDERED that Judgment be entered dismissing this
10 action without prejudice.

11
12 DATED: _Sept . 29, 2013_

13
14                              JOSEPHINE S. TUCKER
                                UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2