I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10-1-13

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT - 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DARNELL DIGGS aka DAVID ALLEN, | ) Case No. CV 12-6244-JST (RNB) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **J U D G M E N T** |
| L.A. COUNTY JAIL, et al., | ) |
| Defendants. | ) |

In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed herein,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: Sept. 29, 2013

JOSEPHINE S. TUCKER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

1