JS-6 Entered

*[Clerk filing stamps: FILED OCT - 1 2013, CENTRAL DISTRICT OF CALIFORNIA; ENTERED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT OCT - 2 2013]*

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ ᴏɴ (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10-1-13

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL DIGGS aka DAVID ALLEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>L.A. COUNTY JAIL, et al.,<br><br>　　　　Defendants. | Case No. CV 12-6244-JST (RNB)<br><br>**J U D G M E N T** |

　　In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed herein,

　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: Sept. 29, 2013

　　　　　　　　　　　　　　　　　　　JOSEPHINE S. TUCKER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE